1  Raffi Kassabian (SBN 260358)
   Email: rkassabian@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071-1514
   Telephone: +1 213 457 8000
4  Facsimile: +1 213 457 8080

5  Attorneys for Defendant
   Synchrony Bank

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10 ALEJANDRO ODEH-LARA,              Case No.: 2:19-cv-02446-KS

11               Plaintiff,          **STIPULATION TO EXTEND TIME
                                     FOR DEFENDANT SYNCHRONY
12      vs.                          BANK TO RESPOND TO
                                     PLAINTIFF'S COMPLAINT BY NOT
13 SYNCHRONY BANK,                   MORE THAN 30 DAYS (L.R. 8-3)**

14               Defendant.          Complaint served: April 4, 2019

15                                   Current response date: April 25, 2019

16                                   New response date: May 9, 2019

17      Plaintiff Alejandro Odeh-Lara ("Plaintiff") and Defendant Synchrony Bank

18 ("Defendant"), by and through their respective counsel of record, stipulate as follows:

19      WHEREAS, the Complaint was served on Defendant on April 4, 2019;

20      WHEREAS, pursuant to the Federal Rules of Civil Procedure, Defendant's

21 response to the Complaint is due on April 25, 2019;

22      WHEREAS, pursuant to Local Rule 8-3, Plaintiff and Defendant wish to extend

23 the deadline for Defendant to file a response to the Complaint by 14 days;

24      WHEREAS, Defendant has not received any prior extensions of time to file a

25 response to the Complaint, and this stipulation is not made for delay or any other

26 improper purpose;

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

WHEREAS, Plaintiff and Defendant hereby agree that Defendant may have an extension until and including May 9, 2019 by which to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED:  April 23, 2019              PRICE LAW GROUP, APC

By: */s/ Brian J. Brazier*
Brian J. Brazier
Attorneys for Plaintiff Alejandro Odeh-Lara

DATED:  April 23, 2019              REED SMITH LLP

By: */s/ Raffi Kassabian*
Raffi Kassabian
Attorneys for Defendant Synchrony Bank

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION TO EXTEND TIME FOR DEFENDANT SYNCHRONY BANK TO RESPOND
TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)