Steven Warner (SBN 159404)
Email:  swarner@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
Synchrony Bank

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ODEH-LARA,<br><br>             Plaintiff,<br><br>     vs.<br><br>SYNCHRONY BANK,<br><br>             Defendant. | Case No.: 2:19-cv-02446-PSG-AGR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE COURT:**

COME NOW Plaintiff Alejandro Odeh-Lara and Defendant Synchrony Bank and hereby stipulate that the Court may and shall dismiss the instant matter, with prejudice, in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

Respectfully submitted,

Date:  December 17, 2021            */s/ Alejandro Odeh-Lara*
                                    Alejandro Odeh-Lara
                                    Plaintiff in Pro Per

Date:  December 17, 2021            REED SMITH LLP

                                    */s/ Steven P. Warner*
                                    Steven P. Warner
                                    Attorney for Defendant
                                    Synchrony Bank

## ATTESTATION OF SIGNATURES FILED CONCURRENTLY

Pursuant to L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing.

Date:  December 17, 2021            REED SMITH LLP
                                    */s/ Steven P. Warner*
                                    Steven P. Warner
                                    Attorney for Defendant
                                    Synchrony Bank

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2021, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

By  */s/ Steven P. Warner*
Steven P. Warner
Attorney for Defendant
Synchrony Bank