**FILED**
CLERK, U.S. DISTRICT COURT

December 20, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: jgr            DEPUTY

**JS-6**
Link to ECF No. 91

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ODEH-LARA,<br><br>    Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | Case No.: 2:19-cv-02446-PSG-AGR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY ORDERED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that the case is hereby dismissed with prejudice, with the parties to bear their own fees and costs.

DATED: December 20, 2021

_____
Philip S. Gutierrez
United States District Court Judge